# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBERT DESHIELDS,                          : No. 72 EM 2018
                                           :
                    Petitioner             :
                                           :
                                           :
                                           :
            v.                             :
                                           :
                                           :
                                           :
COMMONWEALTH COURT OF                      :
PENNSYLVANIA,                              :
                                           :
                    Respondent             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.